# EXHIBIT B

# Application of U.S. Patent No. 8,401,860 to the Voice N Go Racer ("the Accused Product")

* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting. Plaintiff will serve infringement contentions in this case in accord with the Local Rules and scheduled entered by the Court.

| Claim 1 | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| 1. **A voice-activated command and control system for a line-of-sight remotely controlled model** having trim control functions that are required for stable propulsion and control of the model; the model optionally having auxiliary control functions that are not required for stable propulsion and control of the module; the model having an on-board controller to (a) receive trim control function signals and, if applicable, auxiliary control function signals, by wireless transmission and (b) control the trim control functions and, if applicable, the auxiliary control functions on the model responsive to corresponding trim control function signals and auxiliary control function signals received; the voice-activated command and control system comprising: | The Accused Product includes a voice-activated command and control system for a line-of-sight remotely controlled model having trim control functions that are required for stable propulsion and control of the model, as evidenced below.<br><br>Speak into the watch to tell the car what to do, use the levers on the watch for steering. Using simple commands such as "go forward", "car brake", "go back", "turbo", "lights on", and "lights off". Made with 2.4GHz radio control and a strong 3.7V rechargeable battery provides long playing times - USB charging cord included. NO additional batteries needed!<br><br>https://www.amazon.com/Voice-Go-Racer-controlled-batteries/dp/B0716M3RBW<br><br>The controller uses a radio signal to remotely control the model (*e.g.*, a line of sight control).<br><br>2.4 Ghz Relative Frequency Connection<br><br><br>1.Ensure battery is fully charged for the smart watch and the car.<br>2.Turn on the power switch on the bottom of the car. The front lights will flash and car will keep indicating that the car is on stand-by for commands from the smart watch.<br>3.Press on the Engine Start/Stop button for 3-5 seconds until the engine light turns on.<br>4.When the signal is transmitted, the car will make an engine noise and the front lights will stop flashing. The connection is then completed and the device is ready for use.<br>5.A reconnection is required if you turn off the device and then turn it back on.<br>6.The 2.4Ghz will support a number of cars when played with at the same time (Max 50 PCS). Once the 2.4Ghz pairs with a car, it cannot pair with another car. The connection will be gone when you turn off the car.<br><br>Exhibit 1, Voice N' Go Racer Instruction Manual p. 3 |

| **Claim 1** | **Application of U.S. Patent No. 8,401,860 to the Accused Product** |
|---|---|
| 1. A voice-activated command and control system for a line-of-sight remotely controlled model **having trim control functions that are required for stable propulsion and control of the model;** the model optionally having auxiliary control functions that are not required for stable propulsion and control of the module; the model having an on-board controller to (a) receive trim control function signals and, if applicable, auxiliary control function signals, by wireless transmission and (b) control the trim control functions and, if applicable, the auxiliary control functions on the model responsive to corresponding trim control function signals and auxiliary control function signals received; the voice-activated command and control system comprising: | The Accused Product has trim control functions that are required for stable propulsion and control of the model (*e.g.*, evidenced at least by the Left/Right direction buttons (A)).<br><br><br>A. Left/Right direction buttons<br>B. Engine Start/Stop button ( Press for 3-5 seconds for engine to start/stop )<br>C. Gear button ( Default as low gear, press to shift between normal and turbo )<br>D. Light and Voice control button (Default as light/ sound on, press to shift between on and off)<br>E. Voice command receiver<br>FUNCTION<br><br><br>1.Using the "GO FORWARD" command, the car moves forward (at low gear mode in default).<br>2.Press the Gear shifting button to shift to turbo, the car will then run at a higher gear mode.<br>3.Turn the Left/Right direction button to control the direction of the car. The front and back light will flash in indication of the direction.<br>4.Using the "GO BACK" command, the car will move backwards with the back lights flashing.<br>5.Using the "TURBO" command, the car will increase its speed to top-speed for two seconds.<br>6.Using the "CAR BREAK" command, the car will stop and make a break noise.<br>7.Using the "LIGHTS ON" and "LIGHTS OFF" commands, the lights on the front of the car will turn on when you say, "Lights On" and they will turn off when you say, "Lights Off".<br>8.Using the "DEMO" command, the car will run through most of the commands listed above.<br>FUNCTION<br>Manual Direction Control<br> <br>Turn the Left Direction button to the left to instruct the car to go to the left. Turn the Right Direction button to the right to instruct the car to go right. Let go of the Left/Right Direction button to make the car go straight again.<br><br>Exhibit 1, Voice N' Go Racer Instruction Manual, p. 2-3 |

| Claim 1 (cont'd) | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| 1. A voice-activated command and control system for a line-of-sight remotely controlled model having trim control functions that are required for stable propulsion and control of the model; the model optionally having auxiliary control functions that are not required for stable propulsion and control of the module**; the model having an on-board controller to (a) receive trim control function signals** and, if applicable, auxiliary control function signals, **by wireless transmission and (b) control the trim control functions** and, if applicable, the auxiliary control functions **on the model responsive to corresponding trim control function signals** and auxiliary control function signals **received**; the voice-activated command and control system comprising: | On information and belief, there is a controller onboard the Accused Product that (a) receives the trim control function signals (*e.g.*, from the handheld controller shown at *supra* slide 3) by wireless transmission, and (b) control the trim control functions on the model responsive to corresponding trim control function signals received. The controller onboard the Accused Product executes said functions by making the car move, as evidenced below.<br><br><br>1.Using the "GO FORWARD" command, the car moves forward (at low gear mode in default).<br>2.Press the Gear shifting button to shift to turbo, the car will then run at a higher gear mode.<br>3.Turn the Left/Right direction button to control the direction of the car. The front and back light will flash in indication of the direction.<br>4.Using the "GO BACK" command, the car will move backwards with the back lights flashing.<br>5.Using the "TURBO" command, the car will increase its speed to top-speed for two seconds.<br>6.Using the "CAR BREAK" command, the car will stop and make a break noise.<br>7.Using the "LIGHTS ON" and "LIGHTS OFF" commands, the lights on the front of the car will turn on when you say, "Lights On" and they will turn off when you say, "Lights Off".<br>8.Using the "DEMO" command, the car will run through most of the commands listed above.<br>FUNCTION<br><br>Exhibit 1, Voice N' Go Racer Instruction Manual, p. 2 |

| Claim 1 (cont'd) | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| a) a portable microphone for receiving an audible command from an operator; and | The Accused Product includes a portable microphone for receiving an audible command from an operator.<br><br>**Voice Commands :**<br>1. "GO FORWARD" 2. "TURBO"<br>3. "CAR BRAKE" 4. "GO BACK"<br>5. "DEMO" 6. "LIGHT ON"<br>7. "LIGHT OFF"<br>PS: For a better signal, please focus your voice on the smart watch (the best remote range is 7in to 15in). Pressing the Pause button will command the car to stop instantly.<br><br>Exhibit 1, Voice N' Go Racer Instruction Manual, p. 1.<br><br>**A. Left/Right direction buttons**<br>**B. Engine Start/Stop button** ( Press for 3-5 seconds for engine to start/stop )<br>**C. Gear button** ( Default as low gear, press to shift between normal and turbo )<br>**D. Light and Voice control button** (Default as light/ sound on, press to shift between on and off)<br>**E. Voice command receiver**<br>FUNCTIO<br><br>*Id.* p. 2 |

| Claim 1 (cont'd) | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| b) a portable voice-activated control module for transmitting a control function signal responsive to the audible command received by the microphone to the model by wireless transmission; | On information and belief, there is a portable voice-activated control module for transmitting a control function signal responsive to the audible command received by the microphone to the model by wireless transmission (*e.g.*, the circuit board/control module found within the Accused Product transmits a control function signal in response to the audible command voiced by the operator as evidenced below and *supra in* slides 3-5).<br><br><br><br><br>For example, the man in the video says "Go Forward," and the controller in the Accused Product transmits that command to the car and the car proceeds to move forward.<br><br>Source: Voice N' Go Racer Demo by Mukikim, *available at* https://www.youtube.com/watch?time_continue=64&v=KV_XEdmNIsQ |

| Claim 1 (cont'd) | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| c) wherein the portable microphone and portable voice-activated control module allow the operator, using his or her voice, to speak a word command into the portable microphone to voice activate and remotely control at least one of said control functions of the model; and | The portable microphone and portable voice-activated control module of the Accused Product allow the operator, using his or her voice, to speak a word command into the portable microphone to voice activate and remotely control at least one of the control functions of the model (*e.g.,* saying "Go forward" will cause the Accused Product to go forward).<br><br><br>1.Using the "GO FORWARD" command, the car moves forward (at low gear mode in default).<br>2.Press the Gear shifting button to shift to turbo, the car will then run at a higher gear mode.<br>3.Turn the Left/Right direction button to control the direction of the car. The front and back light will flash in indication of the direction.<br>4.Using the "GO BACK" command, the car will move backwards with the back lights flashing.<br>5.Using the "TURBO" command, the car will increase its speed to top-speed for two seconds.<br>6.Using the "CAR BREAK" command, the car will stop and make a break noise.<br>7.Using the "LIGHTS ON" and "LIGHTS OFF" commands, the lights on the front of the car will turn on when you say, "Lights On" and they will turn off when you say, "Lights Off".<br>8.Using the "DEMO" command, the car will run through most of the commands listed above.<br>FUNCTION<br><br>Exhibit 1, Voice N' Go Racer Instruction Manual, p. 2 |

| Claim 1 (cont'd) | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| d) **a portable hand-held controller with manually operated trim-function controls corresponding to the trim control functions of the model, the portable hand-held controller transmitting said trim control function signals by wireless transmission to the model responsive to the operator's manual operation of said trim-function controls;** whereby stable propulsion and control of the model can be achieved with the portable hand-held controller independently of the voice-activated control module. | The Accused Product includes a portable hand-held controller with manually operated trim-function controls corresponding to the trim control functions of the model (*e.g.,* at least the Left/Right direction buttons of the Accused Product's controller manually operate the trim function controls of the model). The controller transmits the trim control functions via wireless transmission to the Accused Product (*e.g.*, RF (*see supra* slide 2)), which responds to the operator's manual command(s).<br><br><br>Exhibit 1, Voice N' Go Racer Instruction Manual, p. 2<br><br><br>Source: Voice N' Go Racer Demo by Mukikim, *available at* https://www.youtube.com/watch?time_continue=64&v=KV_XEdmNIsQ |

| Claim 1 (cont'd) | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| d) a portable hand-held controller with manually operated trim-function controls corresponding to the trim control functions of the model, the portable hand-held controller transmitting said controller transmitting said trim control function signals by wireless transmission to the model responsive to the operator's manual operation of said trim-function controls; **whereby stable propulsion and control of the model can be achieved with the portable hand-held controller independently of the voice-activated control module**. | The "whereby" clause is not a claim limitation since it does not state a condition that is material to patentability. *See e.g., Bard Peripheral Vascular, Inc. v. W.L. Gore & Associates, Inc.*, Case No. CV-03-0597, 2006 WL 2802200, at *13-14 (D. Ariz. Sept. 16, 2006) *and cases cited therein* (discussing Federal Circuit's position on this issue and collecting cases).<br><br>However, to the extent the "whereby" clause is found to be a limitation, as shown below it is met by the Accused Product.<br><br><br><br>1.Using the "GO FORWARD" command, the car moves forward (at low gear mode in default).<br>2.Press the Gear shifting button to shift to turbo, the car will then run at a higher gear mode.<br>3.Turn the Left/Right direction button to control the direction of the car. The front and back light will flash in indication of the direction.<br>4.Using the "GO BACK" command, the car will move backwards with the back lights flashing.<br>5.Using the "TURBO" command, the car will increase its speed to top-speed for two seconds.<br>6.Using the "CAR BREAK" command, the car will stop and make a break noise.<br>7.Using the "LIGHTS ON" and "LIGHTS OFF" commands, the lights on the front of the car will turn on when you say, "Lights On" and they will turn off when you say, "Lights Off".<br>8.Using the "DEMO" command, the car will run through most of the commands listed above.<br>FUNCTION<br><br>Exhibit 1, Voice N' Go Racer Instruction Manual, p. 2 |

| Claim 4 | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| 4. The voice-activated command and control system as defined in claim 1 in which the portable microphone and the portable control module are located together in a single unit. | In the Accused Product the portable microphone and portable control module are located together in a single unit (*e.g.,* the wrist controller shown below).<br><br>A.<br>B.<br>C.<br>D.<br>E.<br>A. Left/Right direction buttons<br>B. Engine Start/Stop button ( Press for 3-5 seconds for engine to start/stop )<br>C. Gear button ( Default as low gear, press to shift between normal and turbo )<br>D. Light and Voice control button (Default as light/ sound on, press to shift between on and off)<br>E. Voice command receiver<br>Exhibit 1, Voice N' Go Racer Instruction Manual, p. 2 |

| Claim 9 | Application of U.S. Patent No. 8,401,860 to the Accused Product |
|---|---|
| 9. The voice-activated command and control system as defined in claim 1 in which the portable control module transmits the control function signals by radio waves to the model. | On information and belief, in the Accused Product, the portable control module transmits the control function signals by radio waves to the model.<br><br>Speak into the watch to tell the car what to do, use the levers on the watch for steering. Using simple commands such as "go forward", "car brake", "go back", "turbo", "lights on", and "lights off". Made with 2.4GHz radio control and a strong 3.7V rechargeable battery provides long playing times - USB charging cord included. NO additional batteries needed!<br>https://www.amazon.com/Voice-Go-Racer-controlled-batteries/dp/B0716M3RBW<br>2.4 Ghz Relative Frequency Connection<br><br><br>1.Ensure battery is fully charged for the smart watch and the car.<br>2.Turn on the power switch on the bottom of the car. The front lights will flash and car will keep indicating that the car is on stand-by for commands from the smart watch.<br>3.Press on the Engine Start/Stop button for 3-5 seconds until the engine light turns on.<br>4.When the signal is transmitted, the car will make an engine noise and the front lights will stop flashing. The connection is then completed and the device is ready for use.<br>5.A reconnection is required if you turn off the device and then turn it back on.<br>6.The 2.4Ghz will support a number of cars when played with at the same time (Max 50 PCS). Once the 2.4Ghz pairs with a car, it cannot pair with another car. The connection will be gone when you turn off the car.<br>Exhibit 1, Voice N' Go Racer Instruction Manual p. 3 |

# EXHIBIT 1



VOICE N' GO
RACER

# Voice N' Go Racer

Voice Command Race Car

Instruction Manual

1. Unpack the outer box
2. Take out the inner carton
3. Take out the smart watch, RC car, USB cable, manual

Smart watch

Please turn the switch to be "ON" before frequency match.and turn It to be "OFF"after play

## PARTS INCLUDED

| Item | Qty |
|---|---|
| Mini Car | X 1 |
| Smart Watch | X 1 |
| USB power cord | X 1 |
| Instruction Manual | X 1 |

PARTS INCLUDED

**Voice Commands :**

1. "GO FORWARD"
2. "TURBO"
3. "CAR BRAKE"
4. "GO BACK"
5. "DEMO"
6. "LIGHT ON"
7. "LIGHT OFF"

PS: For a better signal, please focus your voice on the smart watch (the best remote range is 7in to 15in). Pressing the Pause button will command the car to stop instantly.

**Caution:**

1.The best electric voltage for the smart watch is 3.7V. The signal is weak below 3.0V. Please ensure that the smart watch is fully charged before use.
2.Keep the watch away from water and heat.

OPRERATION





**Voice N' Go Racer**
Voice Command Race Car
Instruction Manual

A.
B.
C.
D.
E.

**A.** **Left/Right direction buttons**

**B.** **Engine Start/Stop button** ( Press for 3-5 seconds for engine to start/stop )

**C.** **Gear button** ( Default as low gear, press to shift between normal and turbo )

**D.** **Light and Voice control button** (Default as light/ sound on, press to shift between on and off)

**E.** **Voice command receiver**

| Specifications | Using Time | Battery Type | Battery Charge Time | Remote Control Range | Frequency |
|---|---|---|---|---|---|
| Smart Watch | 70-80 mins | 3.7V 100mAh Lithium battery | 15-20mins | 40-65 ft | 2.4Ghz (Connection with multiple models at a time is allowed) |
| Mini Car | 25-35 mins | 3.7V 250mAh Lithium battery | 50-60mins | 40-65 ft | |

FUNCTION

**Voice N' Go Racer**
Voice Command Race Car
Instruction Manual

**2.4 Ghz Relative Frequency Connection**

1.Ensure battery is fully charged for the smart watch and the car.
2.Turn on the power switch on the bottom of the car. The front lights will flash and car will keep indicating that the car is on stand-by for commands from the smart watch.
3.Press on the Engine Start/Stop button for 3-5 seconds until the engine light turns on.
4.When the signal is transmitted, the car will make an engine noise and the front lights will stop flashing. The connection is then completed and the device is ready for use.
5.A reconnection is required if you turn off the device and then turn it back on.
6.The 2.4Ghz will support a number of cars when played with at the same time (Max 50 PCS). Once the 2.4Ghz pairs with a car, it cannot pair with another car. The connection will be gone when you turn off the car.

**Manual Direction Control**

Turn the Left Direction button to the left to instruct the car to go to the left. Turn the Right Direction button to the right to instruct the car to go right. Let go of the Left/Right Direction button to make the car go straight again.

OPRERATION

**Voice N' Go Racer**
Voice Command Race Car
Instruction Manual

Turbo
Top-speed Mode
Low Gear Mode
High Gear Mode

1.Using the "GO FORWARD" command, the car moves forward (at low gear mode in default).
2.Press the Gear shifting button to shift to turbo, the car will then run at a higher gear mode.
3.Turn the Left/Right direction button to control the direction of the car. The front and back light will flash in indication of the direction.
4.Using the "GO BACK" command, the car will move backwards with the back lights flashing.
5.Using the "TURBO" command, the car will increase its speed to top-speed for two seconds.
6.Using the "CAR BREAK" command, the car will stop and make a break noise.
7.Using the "LIGHTS ON" and "LIGHTS OFF" commands, the lights on the front of the car will turn on when you say, "Lights On" and they will turn off when you say, "Lights Off".
8.Using the "DEMO" command, the car will run through most of the commands listed above.

Direction Trimmer at the front bottom of the car provides fine tuning to keep a straight line path for the car.

Direction Trimmer

FUNCTION

**Voice N' Go Racer**
Voice Command Race Car
Instruction Manual

Plug in the USB power cord to the CHA socket on the watch to charge. When the light is red, the watch is charging. When the light turns off, the watch is fully charged.

Plug
Socket
Insert
Mini car
Plug
Insert
Smart watch

★ Have the watch and car fully charged the first time you use them.
★ The rechargeable battery cannot be replaced. Please see a professional if it needs to be replaced.
★ Do not charge the battery that cannot be recharged.
★ While you are charging your device, keep out of the reach of children.
★ Do not mix up the power plug and the socket.
★ Turn off the device before recharging. Turn off the device before storing it or while it is not in use.
★ If the car becomes slower or the signal between the car and the watch will becomes weaker, this is an indication that the car and watch need to be recharged.
★ The car comes with a powerful engine. Please practice controlling your car before going into high gear.
★ Do not use device on a wet surface when in high gear. This will help avoid skipping and flipping over the car.
★ Use parental supervision while device is in use.
★ Keep manual for future reference.
★ Only use the USB cable provided to charge the device.

WARNING

Case 2:19-cv-00434-NJ Filed 03/26/19 Page 14 of 15 Document 1-2

# Troubleshooting

| Problem | Car won't start? | Car won't pair with watch? | The watch won't pick up your voice? |
|---|---|---|---|
| Solution | Make sure the car is turned on (the switch will be on the bottom of the car). | Hold the button down for 5 seconds. Repeat this action if that doesn't work. | Speak firmly and clearly into the watch. |
| Solution | Make sure the watch is turned on (the switch will be on the bottom of the watch). | Make sure the watch and car are fully charged (the light on the USB charger will go from bright red to no light at all). | Make sure you aren't in a loud environment so that the watch can hear you (the watch is sensitive to sound). |
| Solution | | Make sure the car is on for the pairing (you will hear a beep and the lights will flash). | |




**Voice N' Go Racer**
Voice Command Race Car

MukikiM, LLC
6812 W Calumet Rd. Milwaukee, WI 53223 USA
Tel: +1-414-395-7850 | www.mukikim.com